UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 04 B 15008
   JAMES M BEST
   BRENDA L BEST                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-1813    SSN XXX-XX-9419
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/15/04 and confirmed on 07/01/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 14400.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 3049.04 | .00 | 3049.04 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 6136.60 | 250.75 | 6136.60 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 6262.93 | .00 | 1466.78 |
| NICOR GAS | UNSECURED | 610.59 | .00 | 143.00 |
| NW SUBURBAN IMAGING CONS | UNSECURED | NOT FILED | .00 | .00 |
| SBC BANKRUPTCY DESK | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED - C | .00 | .00 | .00 |
| CHASE HOME FINANCE | COST OF COLLE | 450.00 | .00 | 450.00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9185.64 | 450.00 | 6873.52 | .00 | 16509.16 |
| PRINCIPAL PAID | 9185.64 | 450.00 | 1609.78 | .00 | 11245.42 |
| INTEREST PAID | 250.75 | .00 | .00 | .00 | 250.75 |
| TOTAL PAID | 9436.39 | 450.00 | 1609.78 | .00 | 11496.17 |

The Debtor's attorney, JAMES A YOUNG & ASSOC           , was allowed $   2700.00 and was paid $    400.00  direct and $   2300.00  through the plan.

The Trustee received $    603.83 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 07/17/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```